FILED

AUG 0 6 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **15 CR 476** |
| v. ) | |
| ) | Violation: Title 26, United |
| ) | States Code, Section 7203 |
| EVANGELINE LEVISON ) | |
| ) | **INFORMATION** |

MAGISTRATE JUDGE BROWN

The UNITED STATES ATTORNEY charges:

On or about October 15, 2012, in the Northern District of Illinois, Eastern Division, and elsewhere,

EVANGELINE LEVISON,

defendant herein, a resident of the Northern District of Illinois, having received gross income in excess of $9,350 and thereby being required by law, following the close of the calendar year 2011 and on or before October 15, 2012, to make an income tax return (Form 1040 and accompanying attachments), stating specifically the items of her gross income and any deductions and credits to which she was entitled, willfully failed to make and file an income tax return at the time required by law;

In violation of Title 26, United States Code, Section 7203.

_T. Fal /roy_
UNITED STATES ATTORNEY

1